# GILMORE *et al.* v. FIRST NAT. BANK OF ADA.

No. 6266.  Opinion Filed June 16, 1914.

(141 Pac. 433.)

**APPEAL AND ERROR—Dismissal—Delay in Filing Writ.** Proceeding in error dismissed, for the reason that the same was not filed in the Supreme Court within the time provided by law.

(Syllabus by the Court.)

*Error from District Court, Pontotoc County;*
*Tom D. McKeown, Judge.*

Action by the First National Bank of Ada against F. E. Gilmore and others.  Judgment for plaintiff, and defendants bring error.  Dismissed.

*C. F. Green,* for plaintiffs in error.

*Wimbish & Duncan,* for defendant in error.

KANE, C. J.  This cause comes on to be heard upon the motion of the defendant in error to dismiss the proceeding in error, for the reason that the motion for new trial was by the trial court overruled on the 9th day of October, 1913, and the petition in error and case-made was not filed in the Supreme Court within six months after the overruling of the motion for new trial.  As the proceeding in error was not filed in this court within the time prescribed by law, the motion to dismiss must be sustained.

All the Justices concur.